UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ORDER |
| VS. | | |
| | : | |
| MICHAEL STERNQUIST | | |
| | : | CR. NO. 10-427-01(FLW) |
| Defendant | | |
| | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 30th day of June, 2010,

ORDERED that Richard Coughlin, Federal Public Defender (Andrea Bergman, AFPD)  for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of the Court.

 s/Freda L. Wolfson
**FREDA L. WOLFSON**
**UNITED STATES DISTRICT JUDGE**

cc:  Federal Public Defender